**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6676**
_____

AARON LITTLE FRENCH,

　　　　　Plaintiff - Appellant,

　　　　v.

JAMES SMITH, individual capacity; GARY HORNBAKER, individual
capacity; RICHARD GRAHAM, individual capacity; JOHN ROWLEY,
official & individual capacity; J. MICHAEL STOUFFER,
official & individual capacity,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore, Maryland.  Catherine C. Blake, District
Judge.  (1:08-cv-03476-CCB)

_____

Submitted: August 22, 2012　　　　Decided: August 27, 2012

_____

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Aaron Little French, Appellant Pro Se.  Nichole Cherie Gatewood,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Little French appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. French v. Smith, No. 1:08-cv-03476-CCB (D. Md. Mar. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED